UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
COMMAND CINEMA CORP.,

                        Plaintiff,

      v.

SOMETHING WEIRD VIDEO, INC.,
and MICHAEL R. VRANEY,

                      Defendant.
----------------------------------------------------------X

Case No. 07 CIV 8333 (DC)

**ECF CASE**

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for COMMAND CINEMA CORP. (a private non-governmental party) certifies that the following are corporate parents, affiliate and/or subsidiaries of said parties which are publicly held.

None.
Dated: New York, New York
        September 24, 2007

_____
ANTHONY MOTTA (AM-1648)
Attorney for Command Cinema Corp.
50 Broadway # 2202
New York, N.Y. 10004
Tel: (212) 791-7360
Fax: (212) 791-7468