UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
COMMAND CINEMA, CORP.,

                                  Plaintiff,

             -against-

SOMETHING WEIRD VIDEO, INC.
And MICHAEL R. VRANEY,

                                Defendants.
-------------------------------------------------------------------------X

07 cv 8333 (DC)

**NOTICE OF
APPEARANCE**

**To the Clerk of this Court and all parties of record:**

      Please enter my appearance as counsel for SOMETHING WEIRD VIDEO, INC., and

MICHAEL R. VRANEY in the above-captioned matter.

      I certify that I am admitted to practice in this court.

DATED:  October 15, 2007
          New York, New York

                                 Yours, etc.

                                 QUIRK AND BAKALOR, P.C.

             By:                           
                                 H. Nicholas Goodman
                                 Attorneys for Defendants
                                 SOMETHING WEIRD VIDEO, INC., and
                                 MICHAEL R. VRANEY
                                 845 Third Avenue
                                 New York, New York 10022
                                 (212) 319-1000

TO:    ANTHONY MOTTA (AM 1648)
        Attorneys for Plaintiffs
        COMMAND CINEMA, CORP.,
        50 Broadway, #2202
        New York, New York 10004
        (212) 791-7360

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK)

        I, JESSICA INGLES, being sworn say:  I am not a party to the action, am over 18 years of age and reside at Queens, New York.  On October 17, 2007, I served the following:

NOTICE OF APPEARANCE

        by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:


TO:     ANTHONY MOTTA (AM 1648)
        Attorneys for Plaintiffs
        COMMAND CINEMA, CORP.,
        50 Broadway, #2202
        New York, New York 10004
        (212) 791-7360

                                                    _____
                                                    Jessica C. Ingles

Sworn to before me this
17th day of October, 2007


_____
        Notary Public


            SUSAN B. CLEARWATER
        Notary Public, State of New York
                No. 31-4874749
            Qualified in New York County
        Commission Expires October 6, 2002

COMMAND CINEMA CORP.,

                    Plaintiff,

        -against-

SOMETHING WEIRD VIDEO, INC.
And MICHAEL R. VRANEY,

Civil Action No.:
07 Civ. 8333 (DC)

## NOTICE OF APPEARANCE

### QUIRK AND BAKALOR, P.C.

*Attorney(s) for*
Defendant(s)
*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order
will be presented for settlement to the HON.
within named Court, at
on                at           M.

of which the within is a true copy
one of the judges of the

Dated,

Yours, etc.

**QUIRK AND BAKALOR, P.C.**