10/17/2007 13:53  2127917468                    TONY MOTTA                    PAGE 02/02
10/17/2007 18:22 FAX  212 319 1064   QUIRK And BAKALOR PC

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

COMMAND CINEMA, CORP.,

        Plaintiff,

-against-

SOMETHING WEIRD VIDEO, INC.,
and MICHAEL R. VRANEY

        Defendants.
------------------------------------------------X

07 CV 8333 (DC)

STIPULATION EXTENDING
TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendants SOMETHING WEIRD VIDEO, INC., and MICHAEL R. VRANEY, to answer or move against plaintiff's Complaint is extended until and including the 16th day of November, 2007.

Dated: New York, New York
October 15, 2007

_____
ANTHONY MOTTA (AM 1648)
Attorney for Plaintiff
COMMAND CINEMA, CORP.,
50 Broadway, #2202
New York, New York 10004
T: (212) 791-7360
F: (212) 791-7468

_____
H. Nicholas Goodman (HG 7446)
QUIRK AND BAKALOR, P.C.
Attorneys for Defendants
SOMETHING WEIRD VIDEO, INC., and
MICHAEL R. VRANEY
845 Third Avenue, 15th Floor
New York, New York 10022
T: (212) 319-1000
F: (212) 319-1065

So Ordered:

_____
United States District Judge

10/17/07