07-CIV-8333
US District Court
Southern District of New York

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: OCTOBER 5, 2007 |
| NAME OF SERVER (PRINT): TERRENCE POPPA | TITLE: PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED Something Weird Video, Inc., by serving Beail, Rainies, + Gillespie, PPLC by serving Michael Gillespie, authorized to accept on behalf of David A. Beail, Registered agent for Something Weird Video, Inc. Agent address: 9706 4th Ave NE, Suite 3, Seattle, WA 98115

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $55.00 | $20.00 | $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 10, 2007
               Date

Terrence Poppa
Signature of Server

2608 Second Ave, #2450
Seattle, WA 98121
Address of Server

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.