07-CIV-8333

US District Court
Southern District of New York

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: October 1, 2007 |
| NAME OF SERVER (PRINT): TERRENCE POPPA | TITLE: Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Michael R. Vraney. Place where served: 3552 NE 182ND St, Seattle, WA 98155

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): one copy was served on Michael R. Vraney as defendant. A second copy was served on him as president/owner of Something Weird Video, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $55.00 | $20.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 10, 2007

Signature of Server: Terrence Poppa

Address of Server: 2608 Second Ave, #2450, Seattle, WA 98121

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.