```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
COMMAND CINEMA CORP.,              :
              Plaintiff,           :
         - against -               :
SOMETHING WEIRD VIDEO, INC.        :
and MICHAEL R. VRANEY,
                                   :
              Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2008

**ORDER**

07 Civ. 8333 (DC)

CHIN, D.J.

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:  New York, New York
        February 4, 2008

DENNY CHIN
United States District Judge