USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

COMMAND CINEMA CORP.,

        Plaintiff,

vs.

SOMETHING WEIRD VIDEO, INC.
and MICHAEL R. VRANEY,

        Defendants.

------------------------------------X

Case No. 07 cv 8333 (DC)

**VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Defendants and the attorney for Plaintiff that the within action is dismissed, with prejudice, and without costs or attorneys' fees.

Dated: February , 2008

**ANTHONY MOTTA, ESQ.**

By: _____
Anthony Motta (AM 1648)

50 Broadway
Suite 2202
New York, New York 10004
(212) 791-7360

*Attorney for Plaintiff
Command Cinema Corp.*

**QUIRK AND BAKALOR, P.C.**

By: _____
H. Nicholas Goodman (HG 7446)

845 Third Avenue, 15th Floor
New York, New York 10022
(212) 319-1000

*Attorneys for Defendants Something Weird Video, Inc. and Michael R. Vraney*

SO ORDERED:
_____
U.S.D.J.

3/17/08